UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CA PACIFIC HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH TURNER, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01685-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, VACATING HEARING, AND REMANDING CASE**<br><br>Re: Dkt. No. 6 |

The court has reviewed Magistrate Judge Beeler's Report and Recommendation re: sua sponte remand. Neither defendant filed any objections to the report, and the time to do so has passed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this action is hereby REMANDED to the Superior Court of California, Los Angeles County. The hearing scheduled for June 12, 2019 is VACATED and plaintiff's motion to remand is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: May 24, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
PHYLLIS J. HAMILTON
United States District Judge